KEKER & VAN NEST LLP
R. JAMES SLAUGHTER - #192813
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
rslaughter@kvn.com
mmiksch@kvn.com

Attorneys for Plaintiff
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC ARTS INC.,<br><br>                              Plaintiff,<br><br>     v.<br><br>DILLINGER, LLC,<br><br>                              Defendant. | Case No. CV-09-3965-SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Date Comp. Filed:     August 27, 2009 |

| | |
|---|---|
| 1 | |
| 2 | NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff ELECTRONIC ARTS INC. hereby dismisses this action without prejudice. |

Dated:  October 23, 2009                                          KEKER & VAN NEST LLP


By:   /s/ Melissa J. Miksch
MELISSA J. MIKSCH
Attorneys for Plaintiff
ELECTRONIC ARTS INC.