KEKER & VAN NEST LLP
R. JAMES SLAUGHTER - #192813
MELISSA J. MIKSCH - #249805
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
rslaughter@kvn.com
mmiksch@kvn.com

Attorneys for Plaintiff
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC ARTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DILLINGER, LLC, <br><br> Defendant. | Case No. CV-09-3965-SI <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Date Comp. Filed:    August 27, 2009 |

1  NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff
2  ELECTRONIC ARTS INC. hereby dismisses this action without prejudice.

Dated: October 23, 2009                    KEKER & VAN NEST LLP

By: __/s/ Melissa J. Miksch_____
MELISSA J. MIKSCH
Attorneys for Plaintiff
ELECTRONIC ARTS INC.



IT IS SO ORDERED
Judge Susan Illston

1
NOTICE OF VOLUNTARY DISMISSAL
CASE NO. CV-09-3965-SI

453146.01